No. 811. STATE LOAN & FINANCE CORP. *v.* AMERICAN PLAN CORP. C. A. 3d Cir. Certiorari denied. *Howard L. Williams* and *Robert M. High* for petitioner. *Leo H. Hirsch, Jr.,* for respondent.

No. 633. McLAURIN ET AL. *v.* CITY OF GREENVILLE. Sup. Ct. Miss. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *Jack Greenberg, Anthony G. Amsterdam* and *R. Jess Brown* for petitioners. *Charles S. Tindall, Jr.,* for respondent.

No. 714. ATLANTIC COAST LINE RAILROAD Co. *v.* HODGES ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Paul A. Porter* and *Dennis G. Lyons* for petitioner. *Sam D. Hewlett, Jr.,* for respondents.

No. 725. KEOGH *v.* WASHINGTON POST Co. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Philip Handelman* for petitioner. *James H. McGlothlin* for respondent.

No. 236, Misc. CLARK *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *James P. Simpson* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.